IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, Christopher C

Printed: 12/28/07

Case Number: 07 B 16296
Judge: Wedoff, Eugene R

Filed: 9/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,506.00 | 0.00 |
| 2. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 4. | Credit Protection Association | Unsecured | | No Claim Filed |
| 5. | AFNI | Unsecured | | No Claim Filed |
| 6. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 7. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 8. | KCA Financial Services | Unsecured | | No Claim Filed |
| 9. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | National Credit System | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,506.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, Christopher C

Printed: 12/28/07

Case Number: 07 B 16296
Judge: Wedoff, Eugene R
Filed: 9/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

